Jonathan Goldsmith, Esq.
Goldsmith & Associates
3430 E. Flamingo Rd., #100
Las Vegas, Nevada 89121
702-818-4739
702-818-4218 (fax)
jonathan@vegaslawsite.com
Attorneys for Plaintiff
EVA BENNETT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EVA BENNETT, | Case No.: 2:10-cv-01688-PMP-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AND VACATING HEARING DATE** |
| FREDERICK J. HANNA & ASSOCIATES, P.C., | |
| Defendant. | |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Eva Bennett and Defendant Frederick J. Hanna & Associates, P.C. ("Hanna"), hereby stipulate and agree to dismiss with prejudice the above-entitled action, with each party to bear its or her own attorneys' fees and costs.

In entering into this Stipulation, Plaintiff Eva Bennett, on behalf of herself, her agents, servants, employees, representatives, predecessors, successors, heirs, executors, administrators, and assigns, hereby fully and forever releases and discharges Hanna and each of its agents, servants, employees, representatives, predecessors, successors, heirs, executors, officers, directors, attorneys, administrators, affiliates, parent corporations, subsidiary corporations and entities, and assigns of and from any and all actions, claims, counterclaims, cross-claims, causes of action, demands, costs and expenses, including attorney fees, of every kind and nature whatsoever, known

1

or unknown, anticipated or unanticipated, suspected and unsuspected, past and present of any kind including, but not limited to, those either directly or indirectly, on account of, resulting from or to result from, or in any manner growing out of or arising from or connected with <u>this action</u>.

The hearing date on Defendants' Motion for Summary Judgment, which is currently set for June 28, 2011, at 9:30 a.m., shall be vacated.

Dated: 6/23/2011        GOLDSMITH & ASSOCIATES

/s/ Jonathan Goldsmith
Jonathan Goldsmith, Esq.
Attorney for Plaintiff,
EVA BENNETT

HOLLAND & HART, LLP

Dated: 6/23/2011

/s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
Attorney for Defendant
FREDERICK J. HANNA & ASSOCIATES, P.C.

Dated: 6/23/2011

Plaintiff
EVA BENNETT

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 23, 2011

# CERTIFICATE OF SERVICE

I, Nathan Adkins, hereby certify that a copy of the foregoing **1) Stipulation of Dismissal** and was sent via FIRST CLASS MAIL to:

Patrick J. Reilly, Esq.
Holland & Hart LLP
3800 Howard Hughes Parkway, Tenth Floor
Las Vegas, Nevada 89169

Dated: June 23, 2011

Nathan Adkins
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
nadkins@consumerlawcenter.com